James R. WEAVER, Plaintiff-Appellant,

v.

The PENNSYLVANIA RAILROAD COMPANY, Defendant-Appellee.

No. 107, Docket 24116.

United States Court of Appeals
Second Circuit.

Argued Jan. 9, 1957.

Decided Jan. 22, 1957.

Bennett E. Aron, Brooklyn, N. Y., for plaintiff-appellant.

Donald H. Balleisen, of Conboy, Hewitt, O'Brien & Boardman, New York City, for defendant-appellee.

Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Herlands, D.C.S.D.N.Y., 141 F. Supp. 214.